1   ROBERT R. POWELL, SBN: 159747
2   **POWELL & ASSOCIATES**
     925 West Hedding Street
     San Jose, California 95126
3   T: 408-553-0201 F: 408-553-0203
     E: rpowell@rrpassociates.com
4



**FILED**

DEC 1 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

5   JOSEPH E. WEINBERGER, SBN: 136798
     **WEINBERGER LAW FIRM**
6   1839 Iron Point Drive, Ste. 180
     Folsom, CA 95630
7   T: 916-357-6767 F: 916-357-6766
     E: joe@weinbergerlaw.net
8

9   Attorneys for Plaintiffs

10               UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12   TAYLOR WEBB, et al.,        |  Case No: 1:19-CV-01716-DAD-EPG

13          Plaintiffs

14                 |  [~~PROPOSED~~] ORDER APPOINTING
     v.                 |  DONNIE R. COX AS GUARDIAN AD
15                 |  LITEM FOR A.W.
     COUNTY OF STANISLAUS, et al.,

16          Defendants.

17

18                  **ORDER OF THE COURT**

19      Based on the Application For Appointment Of Donnie R. Cox As Guardian Ad Litem

20   For A.W., submitted December 12, 2019 (Dkt. 6), and the Points and Authorities and

21   Declarations submitted in support of the order requested, good cause appearing therefore the

22   Court hereby orders the following:

23      1. Donnie R. Cox is hereby appointed as the guardian ad litem for A.W. for the duration

24        of this case.

25

                      1

1    **IT IS SO ORDERED.**

2    DATE: _____12/13/19_____

3                                         HON. ERICA P. GROSJEAN
                                          U.S. MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

[Proposed Order] Appointing GAL
*Webb, et al., v. County of Stanislaus, et al.*
U.S. District Court – Eastern District
Case No.: 1:19-CV-01716-DAD-EPG