Adam U. Lindgren (SBN: 177476)
adam@meyersnave.com
CITY OF MODESTO
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert Davis (SBN: 304758)
rdavis@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant,
CITY OF MODESTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TAYLOR WEBB, individually and as Guardian Ad Litem for A.W., JEREMY WESTFALL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, APRIL COBBS, LAWRENCE JONES, PATRICIA TOUT, ERIC ANDERSON, CITY OF MODESTO, DOE 1, DOE 2, and DOES 3-10 inclusive,<br><br>Defendants. | Case No. 1:19-cv-01716-DAD-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING RESPONSE TO COMPLAINT**<br><br>The Hon. Magistrate Judge Erica P. Grosjean<br><br>Trial Date:    None Set |

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE
FOR FILING RESPONSE TO COMPLAINT

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Defendant City of Modesto ("Modesto") and Plaintiffs Taylor Webb, individually and as |
| 3 | Guardian Ad Litem for A.W., and Jeremy Westfall ("Plaintiffs") (collectively, the "Stipulating |
| 4 | Parties") stipulate as follows: |

1. Plaintiffs filed the Complaint on December 9, 2019. (Dkt. 1.)
2. Modesto was served with the Complaint on or about January 13, 2020.
3. Based on the date of service, the latest date for Modesto to respond to the Complaint is currently February 3, 2020.
4. Modesto has represented to Plaintiffs that its counsel for this case was retained on or about January 22, 2020.
5. Due to the involvement of other parties in this case, including Defendant County of Stanislaus and two Modesto Police Department employees identified as "Doe Defendants" in the Complaint, Modesto has requested from Plaintiffs additional time to respond to the Complaint.
6. Based on the foregoing, and in an effort to promote more efficient litigation of this case, the Stipulating Parties have agreed, and respectfully request, that the deadline for Modesto's response to the Complaint shall be extended to **March 16, 2020**.

IT IS SO STIPULATED.

[Signatures on next page]

DATED: January 27, 2020     Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ David Mehretu
    David Mehretu
    Attorneys for Defendant
    CITY OF MODESTO

DATED: January 27, 2020     POWELL & ASSOCIATES

By: /s/ Robert R. Powell
    Robert R. Powell
    Attorneys for Plaintiffs
    Taylor Webb, individually and as Guardian Ad
    Litem for A.W., and Jeremy Westfall

**Attestation of Concurrence in the Filing**

The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Stipulating Parties, which is recited above, and for good cause in support thereof:

1. The deadline for Defendant City of Modesto to file a response to the Complaint (Dkt. 1) shall be **March 16, 2020.**

IT IS SO ORDERED.

Dated: **January 28, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE