1 BRADLEY J. SWINGLE, SBN 171535
AMANDA J. HEITLINGER, SBN 271469
2 AUSTIN TUTOROW, SBN 328142
File No. 10263
3 **ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
4 1207 I Street
Post Office Box 3287
5 Modesto, California 95353
Telephone: (209) 522-2211
6 Facsimile: (209) 522-2980

7 Attorneys for Defendants
COUNTY OF STANISLAUS, APRIL COBBS, LAWRENCE JONES,
8 PATRICIA TOUT and ERIC ANDERSON

9

10                **UNITED STATES DISTRICT COURT**

11                **EASTERN DISTRICT OF CALIFORNIA**

12

13 TAYLOR WEBB, individually and as          Case No.: 1:19-cv-01716-DAD-EPG
Guardian Ad Litem for A.W., JEREMY
WESTFALL,                                   **STIPULATION AND ORDER TO**
14                                          **EXTEND DATE FOR FILING**
                                            **RESPONSE TO COMPLAINT**
15            Plaintiffs,
                                            **Honorable Erica P. Grosjean**
16 vs.                                      **United States Magistrate Judge**

17 COUNTY OF STANISLAUS, APRIL
COBBS, LAWRENCE JONES, PATRICIA
18 TOUT, ERIC ANDERSON, CITY OF
MODESTO, DOE 1, DOE 2, and DOES 3-10,
19 inclusive,

20            Defendants.
_____/

21                       **STIPULATION**

22        Defendants County of Stanislaus, April Cobbs, Lawrence Jones, Patricia Tout and Eric

23 Anderson, hereinafter "County Defendants" and Plaintiffs Taylor Webb, individually and as Guardian

24 ad Litem for A.W., and Jeremy Westfall, hereinafter "Plaintiffs", hereby stipulate and agree to the

25 following:

26        1.     Plaintiffs filed the Complaint on December 9, 2019. (Dkt. 1)

27        2.     The County Defendants were served with the Complaint on or about January 13, 2020.

28

1        3.        Based on the date of service, the latest date for Modesto to respond to the Complaint is

2 currently February 3, 2020.

3        4.        On February 3, 2020, the attorneys for the County Defendants contacted Plaintiffs'

4 counsel to request an extension of time to respond to the Complaint and requested that its responsive

5 pleading be due on March 16, 2020.  Plaintiffs' counsel agreed to this request for an extension.

6        5.        Based on the foregoing and, in an effort to promote more efficient litigation this case,

7 Plaintiffs and the County Defendants have agreed, and respectfully request, that the deadline for

8 County Defendants' response to the Complaint shall be extended to March 16, 2020.

9        IT IS SO STIPULATED.

10 Dated: February 6, 2020.         ARATA, SWINGLE, VAN EGMOND & HEITLINGER
                           A Professional Law Corporation

11

12

13                           By_____/s/ Bradley J. Swingle_____
                           BRADLEY J. SWINGLE

14                           AMANDA J. HEITLINGER
                           AUSTIN J. TUTOROW

15                           Attorneys for Defendants
                           COUNTY OF STANISLAUS, APRIL COBBS,

16                           LAWRENCE JONES, PATRICIA TOUT, and ERIC
                           ANDERSON

17

18 Dated: February 6, 2020.         POWELL & ASSOCIATES

19

20                           By_____/s/ Robert R. Powell_____
                           ROBERT R. POWELL

21                           Attorneys for Plaintiffs
                           Taylor Webb, individually and as Guardian ad Litem

22                           for A.W., and Jeremy Westfall

23                  **Attestation of Concurrence in the Filing**

24        The filer, Bradley J. Swingle, attests that all other signatories listed on whose behalf this filing

25 is submitted concur in the filing's content and have authorized the filing.

26

27

28

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Stipulating Parties, which is recited above, and for good cause in support thereof:

1.   The deadline for Defendants County of Stanislaus, April Cobbs, Lawrence Jones, Patricia Tout and Eric Anderson to file a response to the Complaint (Dkt. 1) shall be **March 16, 2020.**

IT IS SO ORDERED.

Dated:   **February 6, 2020**   _____/s/ Erica P. Grosjean_____
UNITED STATES MAGISTRATE JUDGE