UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR WEBB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01716-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT CITY OF MODESTO WITH PREJUDICE<br><br>(ECF No. 48) |

Plaintiffs Taylor Webb, individually and as guardian ad litem for A.W., and Jeremy Westfall, and Defendants City of Modesto, County of Stanislaus, April Cobbs, Lawrence Jones, Patricia Tout, and Eric Anderson have filed a stipulation to dismiss all claims against Defendant City of Modesto with prejudice. (ECF No. 48.) Pursuant to the stipulation, the case against Defendant City of Modesto has ended and the case is dismissed with prejudice only as to Defendant City of Modesto. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to terminate only Defendant City of Modesto on the docket.

IT IS SO ORDERED.

Dated:  **March 25, 2021**               /s/ Eric P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE