UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR WEBB, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:19-cv-1716-DAD-EPG<br><br>ORDER REGARDING MID-DISCOVERY STATUS CONFERENCE, MODIFYING SCHEDULING ORDER, AND SETTING STATUS CONFERENCE |

On May 11, 2021, the Court held a Mid-Discovery Status Conference. The parties address the status of this case and their efforts to conduct discovery to date.

As discussed at the conference, IT IS HEREBY ORDERED that:

1. Plaintiffs may file a motion to compel and/or a motion for sanctions concerning production of the section 827 juvenile case file without participating in an informal discovery dispute conference. Any such motion shall comply with Local Rule 251 governing discovery motions. If Plaintiffs seek production of any documents beyond the section 827 juvenile case file, they must comply with the Scheduling Order's requirements regarding an informal discovery conference and obtain permission from the Court before filing their motion;

2. At the conference, counsel for Plaintiffs and Defendants stipulated on the record pursuant to Federal Rule of Civil Procedure 30(a) that each party may take a total

of fifteen depositions. If either party seeks to increase the total number of depositions under Rule 30(a) beyond this number, they shall meet and confer and request an informal discovery dispute conference if they are unable to reach an agreement;

3. Pursuant to the parties' agreement, the Scheduling Order (ECF No. 39) is modified as follows:

| **Event** | **Deadline/Date** |
|---|---|
| Nonexpert Discovery Cutoff | December 10, 2021 |
| Expert Disclosure | January 14, 2022 |
| Rebuttal Expert Disclosure | February 11, 2022 |
| Expert Discovery Cutoff | March 18, 2022 |
| Dispositive Motion Filing Deadline | May 13, 2022 |
| Pretrial Conference | October 24, 2022, 1:30 PM, Courtroom 5 (DAD) |
| Trial | Not Set |

All other terms and conditions of the Scheduling Order (ECF No. 39) remain in full force and effect. If any further extensions are needed, the parties may file a stipulation supported by good cause or may file a notice describing their dispute;

4. The Court sets a further status conference for **November 15, 2021, at 10:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report one full week prior to the conference; and

////
///
////
///

5. No later than August 6, 2021, the parties shall jointly contact Courtroom Deputy Michelle Rooney by email at mrooney@caed.uscourts.gov regarding their settlement plans and whether they would like the Court to schedule a settlement conference.

IT IS SO ORDERED.

Dated: **May 11, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE