UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR WEBB, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01716-DAD-EPG<br><br>ORDER REQUIRING COUNSEL FOR PLAINTIFFS TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR<br><br>**SEVEN (7) DAY DEADLINE** |

  On May 12, 2021, the Court entered an order setting a status conference in this case for November 15, 2021, at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. (ECF No. 57.) On September 30, 2021, Plaintiff Taylor Webb filed a motion to compel Defendant County of Stanislaus to produce documents responsive to her requests for production. (ECF Nos. 71.) On October 6, 2021, the Court entered an order setting the hearing on the motion for November 15, 2021, at 10:00 AM, the same date and time as the status conference. (ECF No. 73.)

  The status conference and hearing on Plaintiff's motion to compel was held on November 15, 2021 as scheduled. Defendant appeared telephonically. Plaintiff failed to appear.

  Accordingly, Robert Powell, counsel for Plaintiffs, IS HEREBY ORDERED to show cause why he should not be sanctioned for failing to appear at the status conference and motion

to compel hearing. Mr. Powell shall file a written show cause response within seven (7) days of the date of this order.

**Failure to respond to this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **November 15, 2021**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE