UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR WEBB, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01716-DAD-EPG<br><br>ORDER DISCHARGING ORDER REQUIRING COUNSEL FOR PLAINTIFFS TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR<br><br>(ECF No. 81) |

      On November 15, 2021, the Court entered an order requiring Plaintiffs' counsel to show cause why sanctions should not issue for his failure to appear at the November 15, 2021 status conference and hearing on Plaintiff Taylor Webb's motion to compel. (ECF No. 81.) Plaintiffs' counsel was directed to respond to the Court's order in writing within seven days. (*Id.*)

      On November 22, 2021, Plaintiff's counsel filed a written response to the order to show cause. (ECF No. 84.) According to the response, counsel failed to appear because he was in trial and had inadvertently set his phone to silent, causing him to overlook his previously set reminders for the conference and hearing. (*Id.*)

      In light of counsel's explanation, the Court will discharge the order to show cause.

      Accordingly, IT IS HEREBY ORDERED that the Court's November 15, 2021 order (ECF No. 81) for Plaintiffs' counsel to show cause why sanctions should not issue for his failure to appear at the November 15, 2021 status conference and hearing is DISCHARGED.

The Court will reset the status conference and hearing on Plaintiff Taylor Webb's motion to compel by separate order.

IT IS SO ORDERED.

Dated:   **November 23, 2021**           /s/ Eric P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE