ROBERT R. POWELL, SBN 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, CA 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR WEBB, et al., | Case No. 1:19-CV-01716-DAD-EPG |
| Plaintiffs, | NOTICE OF SUBMISSION OF PLAINTIFFS' *CONFIDENTIAL* SETTLEMENT CONFERENCE STATEMENT |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | Date: July 14, 2022<br>Time: 10:15 a.m.<br>Ctrm: 10 |
| | Honorable Erica P. Grosjean<br>United States Magistrate Judge |

NOTICE IS HEREBY GIVEN that Taylor Webb, A.W., and Jeremy Westfall, Plaintiffs in the above-named case, have submitted their *Confidential* Settlement Conference Statement on June 30, 2022, to the courtroom deputy clerk of the Magistrate Judge before whom the Settlement Conference is Scheduled.

Date: June 30, 2022                                   /S/ Robert R. Powell
                                                              Robert R. Powell, Esq.
                                                              Attorney for Plaintiffs

1

Notice of Submission of Plaintiff's *Confidential* Settlement Conference Statement
Webb, et al. vs. County of Stanislaus, et al.
U.S. District Court – Eastern District of California
Case No. 1:19-CV-01716-DAD-EPG

POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203

Attorneys for PLAINTIFFS

<b>PROOF OF SERVICE</b><br>
Webb, et al. v. County of Stanislaus, et al.<br>
U.S.D.C. - Eastern District of California<br>
Case No.: 19-cv-01716-DAD-EPG

I am over 18 years of age and not a party to this action. My business address is 925 West Hedding Street, San Jose, CA 95126. On June 30, 2022, I caused to be served the following document(s):

**NOTICE OF SUBMISSION OF PLAINTIFFS'** *CONFIDENTIAL* **SETTLEMENT CONFERENCE STATEMENT**

on the parties and/or their attorneys of record listed below, by placing same in a sealed envelope bearing U.S Postal Service First Class postage prepaid, and placing same in the U.S. Mail in the City of San Jose, California,

Bradley Swingle
Arata, Swingle, Van Egmond & Heitlinger
1207 I St.
Modesto, CA 95354
bswingle@arata-law.com;
mtatum@arata-law.com;

<u>Copies of the document(s) were also provided by e-mail on this date, to the e-mail addresses noted for Counsel.</u>

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Date: June 30, 2022

Sean Reichhold

2
Notice of Submission of Plaintiff's *Confidential* Settlement Conference Statement
Webb, et al. vs. County of Stanislaus, et al.
U.S. District Court – Eastern District of California
Case No. 1:19-CV-01716-DAD-EPG