1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    TAYLOR WEBB, et al.,                    Case No.  1:19-cv-01716-DAD-EPG

12              Plaintiffs,

13        v.                                  ORDER GRANTING STIPULATION TO
                                              EXTEND DISCOVERY FOR DEPOSITION
14    COUNTY OF STANISLAUS, et al.,           OF KENDRA DOMINGUEZ

15              Defendants.                   (ECF No. 108)

16

17          Before the Court is the parties' stipulation seeking to extend the non-expert discovery

18    deadline to depose Stanislaus County Superior Court employee Kendra Dominguez. (ECF No.

19    108.) This is the fourth proposed modification of the non-expert discovery deadline. (*See* ECF

20    Nos. 39, 57, 90, 102.)

21          Having considered the stipulation, the Court will grant the parties' request. However, the

22    non-expert discovery deadline expired on June 3, 2022, and the parties' stipulation does not

23    specify how much time is needed to conduct Ms. Dominguez's deposition. (*See* ECF Nos. 102,

24    108.) Therefore, the Court will extend the non-expert discovery deadline to September 2, 2022. If

25    the parties need additional time, they should file an appropriate request before the deadline

26    expires. Further, the extension is granted only as to the deposition of Kendra Dominguez. The

27    Scheduling Order otherwise remains as previously set.

28    ///

                                                 1

1    Accordingly, IT IS HEREBY ORDERED that:

2       1.  The parties' stipulation to extend discovery (ECF No. 108) is GRANTED; and

3       2.  The Scheduling Order (ECF No. 39), as previously modified (ECF Nos. 57, 90, 102),

4           is further modified and the non-expert discovery deadline is extended to **September 2,**

5           **2022** solely for the purpose of deposing Kendra Dominguez.

6

7    IT IS SO ORDERED.

8       Dated:    **July 21, 2022**                      /s/ *Erica P. Grosjean*

9                                              UNITED STATES MAGISTRATE JUDGE

2