**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF STANISLAUS; APRIL COBBS; LAWRENCE JONES; PATRICIA TOUT; ERIC ANDERSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR WEBB, individually and as Guardian Ad Litem for A.W., JEREMY WESTFALL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, APRIL COBBS, LAWRENCE JONES, PATRICIA TOUT, ERIC ANDERSON, CITY OF MODESTO, DOE 1, DOE 2, and DOES 3-10, inclusive,<br><br>Defendants.<br>_____/ | Case No. 1:19-cv-01716-ADA-EPG<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Complaint Filed:  12/09/2019 |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

In accordance with Order re: Settlement Conference (ECF No. 134), on this date, Defendants submitted a Confidential Settlement Conference Statement to Magistrate Judge Sheila K. Oberto.

Dated:  September 5, 2023              PORTER SCOTT
                                       A PROFESSIONAL CORPORATION

                                       By /s/ John R. Whitefleet
                                          John R. Whitefleet
                                          Attorneys for Defendants

1
NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT
4854-4974-7070, v. 1