UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Webb, individually and as Guardian ad Litem for A.W., | No. 1:19-cv-01716-KJM-KJN |
| Plaintiffs, | ORDER |
| v. | |
| County of Stanislaus, et al., | |
| Defendants. | |

    Plaintiffs Taylor Webb, et al., filed a notice of request to seal documents, including: (1) "Plaintiffs' Ex Parte Petition for Approval of Minor's Compromise"; (2) "Declaration of Robert R. Powell in support of the petition" and (3) "[Proposed] Order Re. Plaintiffs' Ex Parte Petition for Approval of Minor's Compromise." ECF No. 142.  Though plaintiffs attempt to request ex-parte approval of the minor's compromise in this case, plaintiffs must abide by the Local Rules and file a motion to do so.  *See* E.D. Cal. L.R. 230.  As the request to approve the minor's compromise is not properly brought before the court, the court need not address it at this juncture.  Moreover, plaintiffs request to seal the aforementioned documents, namely because they include the minor's birthdate and minor's first and last name.  As the documents were not properly filed with the court, the court denies plaintiff's request to seal.  If plaintiffs would like to request the court seal any documents associated with a potential motion to approve the minor's

1  compromise, plaintiffs may submit a request with the court to file narrowly redacted versions in
2  the public docket and to file unredacted versions under seal.
3         This order resolves ECF No. 142.
4         IT IS SO ORDERED.
5  DATED:  December 11, 2023.

6                                    _____
                                     CHIEF UNITED STATES DISTRICT JUDGE

Case 1:19-cv-01716-KJM-KJN   Document 143   Filed 12/12/23   Page 2 of 2