ROBERT R. POWELL   SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 / F: (408) 553-0203
E: admin@rrpassociates.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR WEBB, et al., | Case No.: 1:19-cv-01716-KJM-KJN |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS |
| v. | |
| COUNTY OF STANISLAUS, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

Plaintiffs herein by and through their counsel, submitted a Request to Seal Documents on or about December 18, 2023, pertaining to the sealing of Plaintiffs' Ex Parte Petition for Approval of Minor's Compromise and the proposed order regarding same.

Upon consideration of the points offered in Plaintiffs' Request, the Court hereby grants the request and orders as follows:

//

1

[ORDER]
*Webb, et al., v. County of Stanislaus, et al.*
U.S. District Court – Eastern District
Case No.: 1:19-cv-01716-KJM-KJN

**ORDER**

1. The Clerk of the Court is hereby ordered to file, under seal, unredacted versions of the following documents:

    a) Plaintiffs' Motion for Ex Parte Approval of Minor's Compromise; and

    b) Plaintiffs' Proposed Order Re. Plaintiffs' Motion for Ex Parte Approval of Minor's Compromise.

2. Only the parties to this case and their respective counsel are permitted access to the above sealed documents.

DATED: December 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2

[ORDER]
*Webb, et al., v. County of Stanislaus, et al.*
U.S. District Court – Eastern District
Case No.: 1:19-cv-01716-KJM-KJN